FILED

08/03/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 06-0422

IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 06-0422

FILED

AUG 0 3 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

IN THE MATTER OF THE PETITION OF
JAMIE K. TRACT

O R D E R

Jamie K. Tract has petitioned the Court to waive the three-year test requirement for the Multistate Professional Responsibility Examination (MPRE) for purposes of Tract's application for admission by motion to the State Bar of Montana. By rule, applicants for admission by motion must provide evidence of the requisite score on an MPRE taken "within three years preceding the date of the application for admission." Rule IV.A.3, Rules of Admission.

Tract passed the MPRE in 2013 when seeking admission to the practice of law in California, in 2014 when seeking admission in Nevada, and in 2015 when seeking admission in Colorado. Tract was admitted to all the bars of all three states. The petition states that Tract has practiced since 2013 "without any ethical or disciplinary action in any jurisdiction where licensed or admitted to practice law." Good cause appearing,

IT IS HEREBY ORDERED that the petition of Jamie K. Tract to waive the three-year test requirement for the MPRE for purposes of Tract's current application for admission by motion to the State Bar of Montana is GRANTED.

The Clerk shall mail a copy of this order to Petitioner and to the Administrator of the Board of Bar Examiners at the State Bar of Montana.

DATED this 3rd day of August, 2021.

_____
Chief Justice

_____

_____

_____

_____

_____

_____
Justices

2